Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>SUPER SUDS, LLC, a California limited liability company; RAMIN BRAL, individually and as trustee of THE RAMIN BRAL TRUST DATED OCTOBER 11, 2019; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-02383-AB-PD<br><br>Hon. Andre Birotte Jr<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: March 17, 2021<br><br>Trial Date: None Set |

1    The Plaintiff hereby notifies the Court that a global settlement has been

2 reached in the above-captioned case and the Parties would like to avoid any

3 additional expense, and to further the interests of judicial economy.

4    The plaintiff, therefore, applies to this Honorable Court to vacate all currently

5 set dates with the expectation that the Voluntary Dismissal with prejudice, as to all

6 parties, will be filed within 45 days.

7

8

9 Dated: May 19, 2021                              **MANNING LAW, APC**

10

11                                   By:    */s/ Joseph R. Manning, Jr. Esq.*
                                            Joseph R. Manning, Jr., Esq.
12                                          Attorneys for Plaintiff
                                            Carmen John Perri
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28