1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI<br><br>                    Plaintiff,<br><br>v.<br><br>SUPER SUDS, LLC, et al.<br><br>                    Defendants. | Case No. CV  2:21-02383-AB (PDx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 21, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE